# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JULIA LAUER,**

    **Plaintiff,**

v.

    Case No. 2:18-cv-343
    **JUDGE SARGUS, JR.**
    **MAGISTRATE JUDGE JOLSON**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

On February 5, 2019 the Magistrate Judge issued a Report and Recommendation concluding that the decision of the Commissioner of Social Security denying Julia Lauer's claim for either disability insurance benefits or supplemental security income should be denied. (ECF No 13.) Thereafter, Lauer filed an objection to the Report and Recommendation, which is now before the Court.

This Court has carefully reviewed the objections, together with the report and recommendation. The Court finds the Report and Recommendation is correct in all respects. The objections are **OVERRULED**. The decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED.**

9-24-2019
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**